1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9
10
11
12
13

DAVID LARRY PEKKALA,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

CASE NO. C10-5207BHS

ORDER ON PETITIONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

14      This matter comes before the Court on the Report and Recommendation of the

15  Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 4), recommending that

16  Petitioner's application to proceed in forma pauperis be denied. The Court having

17  considered the Report and Recommendation and the remaining record, does hereby find and

18
19  order as follows:

20      On April 30, 2010, after the Report and Recommendation had been issued, Petitioner

21  paid the $5.00 filing fee; therefore, the Report and Recommendation is moot.  Petitioner's

22  application to proceed in forma pauperis is DENIED, and his habeas corpus action shall

23  proceed.

24      DATED this 2nd day of June, 2010.

25
26
27
28
                                              _____
                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER