UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID LARRY PEKKALA,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

Case No. C10-5207BHS/JRC

ORDER TO FILE AN AMENDED PETITION

The petitioner in this action is seeking habeas corpus relief from a state conviction. Thus, the petition is properly considered pursuant to 28 U.S.C. § 2254.

Petitioner has named the State of Washington as the respondent. A proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243. This person typically is the superintendent of the facility in which the petitioner is incarcerated. Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction. <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).

Petitioner is directed to file an amended petition on the form provided by the court or file a motion to change the respondent to the superintendent of Airway Heights Correctional Facility.

ORDER - 1

The amended petition will be due on or before **July 9, 2010**. Failure to comply with this order will result in a Report and Recommendation that this action be dismissed

The Clerk is directed to mail a copy of this Order to petitioner and note the **July 9, 2010**, deadline on the court's calendar.

Dated this 7th day of June, 2010.

_/s/ J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER - 2