UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID LARRY PEKKALA,<br><br>              Petitioner,<br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>             Respondent. | Case No. C10-5207BHS/JRC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME |

The petitioner in this action is seeking a habeas corpus relief from a state conviction. The petition is properly considered pursuant to 28 U.S.C. § 2254. Respondent through counsel asks for a forty-five day extension of time to file an answer and explains that although files needed to answer the petition have been ordered from the Washington State Court of Appeals, they have not arrived. Counsel also states that two Ninth Circuit arguments are currently taking the majority of his work time.

Respondent has shown good cause for an extension and the motion is GRANTED. An answer will be due on or before **October 29, 2010**.

DATED this 9th day of September, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1