UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID LARRY PEKKALA,

Petitioner,

v.

MAGGIE MILLER STOUT,

Respondent.

Case No. C10-5207BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 22), and Petitioner David Larry Pekkala's ("Pekkala") objections to the R&R (Dkt. 26).

On April 30, 2010, Pekkala filed a petition for writ of habeas corpus raising four grounds for relief. Dkt. 5. On May 3, 2011, Judge Creatura issued an R&R recommending that the Court deny Pekkala's first three grounds for relief on the merits and the fourth ground for relief because it is procedurally barred. Dkt. 22. On July 5, 2011, Pekkala filed objections to the R&R raising an objection to each of Judge Creatura's recommendations. Dkt. 26.

With regard to Pekkala's first, second, and third grounds for relief, Judge Creatura found that Pekkala has failed to meet the standards of 28 U.S.C. § 2254(d). Dkt. 22 at 9-13.

ORDER – 1

Although Pekkala objects to these findings, Pekkala fails to offer any argument on the issue of whether the state court decisions "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the Supreme Court." 28 U.S.C. § 2254(d)(1). Pekkala's objections are essentially arguments that were presented to and addressed by Judge Creatura. Therefore, the Court adopts the R&R on Pekkala's first, second, and third grounds for relief.

With regard to Pekkala's fourth ground for relief, Judge Creatura found that the ground was raised for the first time in this petition. Dkt. 22 at 12. Judge Creatura also found that the ground was unexhausted and procedurally barred. *Id*. at 12-13. Pekkala objects and argues that this ground for relief was in fact presented to the Supreme Court of the State of Washington. Dkt. 26 at 1. The Court has independently reviewed Pekkala's Petition for Review (Dkt. 18, Exh. 17), and finds that Pekkala's contention that the ground for relief was presented to the state court is without merit. Therefore, the Court adopts the R&R on Pekkala's fourth ground for relief.

Finally, a petitioner seeking relief under 28 U.S.C. § 2254 may appeal a district court's dismissal of his federal habeas petition only after obtaining a certificate of appealability ("COA") from a district or circuit judge. A certificate of appealability may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c) (3). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Under this standard, the Court concludes that Pekkala is not entitled to a certificate of appealability with respect to this petition.

The Court having considered the R&R, Pekkala's objections, and the remaining record, does hereby find and order as follows:

ORDER – 2

(1) The R&R is **ADOPTED**;

(2) A Certificate of Appealability is **DENIED**; and

(3) This action is **DISMISSED**.

DATED this 10th day of August, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 3