AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID LARRY PEKKALA

v.

MAGGIE MILLER STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5207BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**;

A Certificate of Appealability is **DENIED**; and

This action is **DISMISSED**.

| | |
|---|---|
| August 12, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |